UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
ALLORA LABORATORY, LLC : CASE NO. 1-22-01136-HWV
:
Debtor : CHAPTER 7

## ORDER APPROVING TRUSTEE'S MOTION TO SELL EQUIPMENT AT AUCTION

Upon consideration of the Trustee's Motion for Authority to Sell and Transfer Equipment at Trustee's Auction Sale, after due Notice to creditors and other parties in interest, no objections having been filed,

IT IS HEREBY ORDERED AND DECREED that Leon P. Haller, Trustee is hereby authorized to sell equipment at Trustee's auction sale.

The proceeds shall be paid as follows:

(a) Auctioneer's commission and expenses to Lane Ryan Auctions as set forth in Trustee's Application for Appointment of Auctioneer.
(b) The remaining proceeds from the sale shall be deposited in Trustee's Bankruptcy Estate Account pending further Order.

Trustee is authorized to execute any and all papers and documents necessary to effectuate said sale.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 1, 2022