# Notice Recipients

District/Off: 0314–1  User: AutoDocketer  Date Created: 9/2/2022
Case: 1:22–bk–01136–HWV  Form ID: pdf010  Total: 3

**Recipients of Notice of Electronic Filing:**
tr  Leon P. Haller (Trustee)  lhaller@pkh.com
aty  Gregory Benjamin Schiller  Gregory.B.Schiller@usdoj.gov
aty  Paul Donald Murphy–Ahles  pmurphy@dplglaw.com

TOTAL: 3